195 So.2d 818

**James BAKER**

**v.**

**STATE.**

**4 Div. 280.**

Supreme Court of Alabama.

Feb. 23, 1967.

John C. Walters, Troy, for petitioner.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of James Baker for certiorari to the Court of Appeals to review and revise the judgment and decision in Baker v. State, 43 Ala.App. 550, 195 So.2d 815.

Writ denied.

LAWSON, GOODWYN and COLEMAN, JJ., concur.

195 So.2d 919

**BLUE CROSS–BLUE SHIELD OF ALABAMA**

**v.**

**Frances L. FOWLER.**

**8 Div. 250.**

Supreme Court of Alabama.

March 2, 1967.

Clark E. Johnson, Jr., Albertville, for petitioner.

T. J. Carnes, Albertville and Lange, Simpson, Robinson & Somerville, Birmingham, opposed.

HARWOOD, Justice.

Petition of Frances L. Fowler for certiorari to the Court of Appeals to review and revise the judgment and decision in Blue Cross-Blue Shield of Alabama v. Fowler, 43 Ala.App. 572, 195 So.2d 910.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.